# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Joseph Messeck, Emanuel Becerra,
Nicholas Raddatz, Marijke Myland,
Krista Ivy, David Harris,

                    Plaintiff(s),

Case Number: 25-cv-535 DWF/ECW

v.

Target Corporation,

                    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **FRCP 68. Offer of Judgment.** Upon the filing of the FRCP 68 Offer of Judgment on 4/21/2025 and Plaintiff's acceptance of the same.

IT IS ORDERED AND ADJUDGED THAT:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Plaintiff Joseph Messeck against Defendant Target Corporation in the amount of $85,000.

4/22/2025                                                                                        KATE M. FOGARTY, CLERK