

TWO INTERNATIONAL DRIVE • SUITE 350 • RYE BROOK, NY 10573
914-934-9200 • www.klafterlesser.com

February 23, 2026

**VIA ECF:**

Hon. Elizabeth Cowan Wright
United States District Court for the District of Minnesota
316 N. Robert Street
St. Paul, MN 55101

> Re:  *Babbitt, et al. v. Target Corporation*  Civil No. 0:20-cv-00490-DWF-ECW and
> *Becerra, et al. v. Target Corporation* Civil No. 25-cv-00535-DWF-ECW

Dear Judge Wright:

In connection with the Court conference and hearings scheduled for tomorrow in these two cases, Tuesday the 24th, Plaintiffs respectfully are writing to request an adjournment.  This results from the blizzard that is hitting New York which has made Plaintiffs' counsel unable to make it to St. Paul.  This is the first request for an adjournment of this hearing (which the Court itself previously rescheduled).

Accordingly, Plaintiffs' counsel would appreciate having it rescheduled at the Court's earliest convenience, or we can undertake to confer with Defendant's counsel and Your Honor's chambers to find an early mutual convenient date.  The parties conferred regarding Defendant's proposal to proceed tomorrow by Zoom. Plaintiffs advised that they strongly prefer that argument in *Babbitt*, as well as the related planning matters in that case and in *Becerra*, be heard in person. As the Court can see below, Defendant declined to agree.

Plaintiffs respectfully submit that a Zoom hearing will be less effective, less personal and less effective, and accordingly would appreciate being in person, particularly given that the matters to be addressed will define the next year, if not two, of this litigation.  Contrary to Defendant's suggestion, discovery is not "on hold." A week or two being rescheduled would not delay any matters, much less materially impact the next year of the case.  Plaintiffs have been serving discovery and responding to over 60 sets of opt-in discovery in *Babbitt*, have served initial discovery in *Becerra*, and the primary matters of planning ahead are essentially long-term scope that would not be impacted by a slight delay.

Defendant's counsel understand the challenges faced by Plaintiffs' counsel, and are happy to work to accommodate those challenges. Given that much of the discovery in the cases is on hold pending the resolution of the issues currently before the Court, including discovery requests to 284 plaintiffs in *Babbitt*, the resolution of ESI search terms and related issues in *Babbitt*, the scope any written discovery and depositions in *Becerra*, and related issues, Defendant's counsel suggest that a Zoom audio or video hearing on February 24th would be a better way to address

NEW YORK • NEW JERSEY • WASHINGTON, DC

the weather challenges. Alternately, if the Court wishes to reschedule the hearing, Defendant's counsel would be happy to make themselves available on another date.

We appreciate the Court's kind consideration of this request,

Respectfully submitted,

Seth R. Lesser

Cc:     All counsel of record (via ECF)