**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tammy Babbit and William
Carter, *individually and*
*on behalf of other similarly*
*situated individuals*, et al,

        Plaintiffs,

v.

Target Corporation,

        Defendant.

_____

Priscilla Jibowu, *Individually and*
*On Behalf of All Other Persons*
*Similarly Situated*,

        Plaintiff,

v.

Target Corporation,

        Defendant.

_____

Civil No. 20-490 (DWF/ECW)

**ORDER OF DIRECTION TO THE**
**CLERK OF COURT FOR**
**REASSIGNMENT OF RELATED CASES**

Civil No. 24-4189 (DWF/ECW)

_____

Emanuel Becerra, Marijke Myland,
Krista Ivy, David Harris, Tina McBride,
and Leslie Cusse, *Individually and on
Behalf of All Other Persons Similarly
Situated,*

        Plaintiffs,

v.                                     Civil No. 25-535 (DWF/ECW)

Target Corporation,

        Defendant.
_____

Christie Spry, *individually and
on Behalf of All Other Persons
Similarly Situated*,

        Plaintiff,

v.                                     Civil No. 26-2027 (PJS/JFD)

Target Corporation,

        Defendant.
_____

Case Nos. CV 20-490 (DWF/ECW), 24-4189 (DWF/ECW) and CV 25-535 (DWF/ECW) having been assigned to Judge Donovan W. Frank and Magistrate Judge Elizabeth Cowan Wright, and Case CV 26-2027 (PJS/JFD) having later been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge John F. Docherty said matters being related cases,

2

**IT IS HEREBY ORDERED** that Case No. CV 26-2027 be assigned to Judge Donovan W. Frank and Magistrate Elizabeth Cowan Wright nunc pro tunc, by use of a card on the appropriate deck of the automated case assignment system.    The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:   March 26, 2026                    s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           United States District Judge

Dated:   March 26, 2026                    /s/ Patrick J. Schiltz
                                           CHIEF JUDGE PATRICK J. SCHILTZ
                                           United States District Judge